FRANK MCWILLIAMS, Respondent, *v.* YELLOW PINE COMPANY, Appellant.

*McWilliams* v. *Yellow Pine Co.*, 102 App. Div. 624, affirmed.
(Argued February 9, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 9, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Eustace Conway* for appellant.

*William M. Mullen* and *James J. Macklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.